JOHN L. BURRIS, ESQ., SBN 69888
BEN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
KATHERINE MACELHINEY, Esq., SBN 355532
**John Burris Nisenbaum & Curry LLP**
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
Email: John.Burris@bnclawfirm.com
Email: Ben.Nisenbaum@bnclawfirm.com
Email: James.Cook@bnclawfirm.com

Attorneys for Plaintiffs,
Luis Alicea, et al.,

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LUIS ALICEA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF POCATELLO, et al.,<br><br>Defendants. | CASE NO.: 4:25-cv-00333-DCN<br><br>**PETITION TOAPPROVE MINORS' COMPROMISE**<br><br>Date Settled: August 18, 2026<br>Mediator: Marvin Smith Hawley Troxell |

## RECITALS

On August 18, 2026, an agreement was hereby entered into by and between LUIS ALICEA, as the Personal Representative of the Estate of Victor Perez, LUIS ALICEA, in his individual capacity, WANDA ALICEA, M.P., and ANA VAZQUEZ (hereinafter referred to as "Plaintiffs"), and CITY OF POCATELLO, (hereinafter referred to as "the City"). The agreement was for the

purpose of resolving the civil case styled as *Alicea et al. v. City of Pocatello et al., Case No. 4:25-cv-00333 DCN*, which alleged Wrongful Death, section 1983 Civil Rights violations, and related state law claims. Minor Plaintiff M.P.'s only cause of action in this case was Negligent Infliction of Emotional Distress, having witnessed the killing of Decedent Victor Perez. She is not an heir to his estate and did not have standing to pursue a wrongful death claim.

**SETTLEMENT AND CONSIDERATION**

In exchange for Plaintiffs' release of all claims, CITY agrees to pay $4,500,000.00 (Four million, Five hundred dollars and no cents).

**FUNDS DISTRIBUTION**

As a result of this settlement, LUIS ALICEA, as the Personal Representative of the Estate of Victor Perez, LUIS ALICEA, in his individual capacity, WANDA ALICEA, M.P., and ANA VAZQUEZ, have agreed to the following percentage distribution of funds. LUIS ALICEA: 60%; WANDA ALICEA: 20%; M.P.: 20%; ANA VAZQUEZ: $10,000.00 (subtracted from the principal amount). The distribution is as follows:

| | |
|---|---|
| GROSS SETTLEMENT AWARD: | $4,500,000.00 |
| Total Attorney's Fees: | $1,665,000.00 |
| Total Advanced Costs: | $23,702.86 |

| | |
|---|---|
| Luis Alicea (60%) | $2,700,000.00 |
| Attorney's Fees (40%) | $1,080,000.00 |
| Share of Costs: | $7900.96 |
| Total Net Settlement to Luis Alicea: | $1,612,099.04 |

| | |
|---|---|
| Wanda Alicea (20%) | $900,000.00 |
| Attorney's Fees (40%) | $360,000.00 |
| Share of Costs: | $7900.96 |
| Total Net Settlement to Wanda Alicea: | $532,099.04 |

| | |
|---|---|
| M.P. (20%) | $900,000.00 |
| Attorney's Fees (25%) | $225,000.00 |
| Share of Costs: | $7900.96 |
| Total Net Settlement to Minor M.P.: | $667,099.04 |

The attorneys' fees in this case are reasonable, and reflect the terms of the retainer agreements signed by Plaintiffs. LUIS ALICEA, Minor Plaintiff M.P.'s Guardian Ad Litem, signed a contingency agreement that included a contingency fee of 25% for Minor Plaintiff M.P.'s share of the total gross settlement proceeds to her. The adult Plaintiffs, LUIS ALICEA and WANDA ALICEA, signed retainer agreements that included a contingency fee of 40% for their shares of the total gross settlement proceeds to them. These retainer fee rates are well within the generally-accepted range in complex Federal Civil Rights lawsuits where allegations of excessive force against police officers are subject to strict Qualified Immunity standards imposed by the United States Supreme Court and where the litigations risks are high. The contingency fee for minors is significantly less than those of adults due to state law restrictions on contingency fee rates for minors.

**WAIVER OF STRUCTURED SETTLEMENT ACCOUNTS**

The plaintiffs were advised of the benefits of a structured settlement for the adult Plaintiffs and for minor plaintiff M.P. Minor Plaintiff M.P., now 17 years old, turns 18 years old in 2026. After multiple consultations, including with a structured settlement broker, Plaintiffs for themselves and on behalf of Minor Plaintiff M.P. have declined to establish structured accounts.

**COUNSEL FOR POCATELLO REQUESTS MINOR'S COMPROMISE**

On October 15, 2026, Counsel for Pocatello, Sam Angell, requested that plaintiffs petition for a Minor's Compromise, since M.P. was 17 years old when she signed the settlement agreement as well as the waiver, though she will be an adult in two weeks.

**PETITION FOR MINOR'S COMPROMISE**

This petition was prepared by the office of John Burris, Nisenbaum, and Curry, LLP (BNC). James Cook served as the primary pro hac vice counsel with local counsel, Jennifer Call, representing plaintiffs in this action. James Cook and Jennifer Call hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action. Plaintiffs' counsel may elect to defer some of the attorneys' fees due to them through an attorney fee deferral service, and reserves the right to do so.

Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiffs, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

///

///

///

Petitioners hereby recommend this compromise settlement to the Court as being fair, reasonable, and in the best interests of the minor plaintiff.

Signature: /s/ *James Cook*
JAMES COOK
DATED: October 26, 2026

Signature: /s/*Jennifer Call*
JENNIFER CALL
DATED: October 26, 2026

**ORDER**

PURSUANT TO PLAINTIFF'S PETITION, the Court hereby grants Plaintiff's petition according to the terms of the terms of the petition herein.

The Court approves the Petition to Compromise Minor Plaintiff M.P.'s claims, and orders as follows:

a. Minor Plaintiff M.P. shall receive settlement in the amount of $900,000.00 in this action.

b. Attorney fees for Minor Plaintiff M.P. shall be at 25% of her total recovery, in the amount of $225,000.00, payable as directed by her attorneys of record.

c. Minor Plaintiff M.P. shall bear $7900.96 in litigation costs incurred by her counsel in this action payable as directed by her attorneys of record.

d. Minor Plaintiff M.P.'s net settlement in the amount of is $667,099.04, payable as directed by her attorneys of record.

Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants, if Petitioner has not yet done so at that time, a full, complete, and final Release and discharge of and from any and all claims and demands of said minor by reason of the incident described in said Petition and the resulting injuries and damages to said minor.

Dated: ______________________________

UNITED STATES DISTRICT COURT JUDGE